UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN LUNA DOMINGUEZ, for himself and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JOSEPH SMENTKOWSKI, INC. d/b/a GALAXY CARTING and/or SMENTKOWSKI GARBAGE REMOVAL, and GARY GIORDANO, individually,<br><br>Defendants. | Docket No.: 17-cv-7275 (MCA)(LDW)<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** that this action be dismissed pursuant to Rule 41(a)(1)(ii) without prejudice and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile signatures on this Stipulation may be used with the same force and effect as original signatures.

Dated: New York, New York
February __, 2018

BIANCAMANO & DI STEFANO, P.C.

By: _____
James Passantino, Esq.
10 Parsonage Road, Suite 300
Edison, NJ 08837

*Attorneys for Defendants*

VIRGINIA & AMBINDER, LLP

By: _____
Lloyd Ambinder, Esq.
Jack Newhouse, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
*Attorneys for Plaintiffs*

3/13/18   SO ORDERED
Madeline Cox Arleo, U.S.D.J.